# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CORNACCHIA, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br><br>UKG, INC. and TUFTS MEDICAL CENTER, INC.,<br><br>     Defendants. | Civil Action No.: 4:22-CV-40081-ADB |

## UKG, INC.'S NOTICE OF SETTLEMENT

  Defendant UKG, Inc. respectfully submits this Notice to inform the Court of a recent class-action settlement impacting claims raised by Plaintiff Mary Cornacchia, and states as follows:

  1. On April 12, 2023, UKG executed a Settlement Agreement and Release (the "California Settlement") with Plaintiffs William Muller, Antonio Knezevich, Adam Bente, and Cindy Villanueva (the "California Plaintiffs") in the matter *In re UKG Inc. Cybersecurity Litigation*, Master Docket No. 3:22-cv-00346-SI (N.D. Cal.) (the "California Action").

  2. The claims asserted by California Plaintiffs in the California Action were based on the same December 2021 cybersecurity incident that gives rise to Plaintiff's claims here and the California Plaintiffs' claims overlap with many of the claims made in this lawsuit.

  3. The California Action was brought on behalf of a nationwide class of individuals whose data was stored in the Kronos Private Cloud at the time of the December 2021 cybersecurity incident that encompasses the class Plaintiff seeks to represent here.

  4. Once approved, the California Settlement will release claims raised by Plaintiff and the putative class in this action.

4862-0183-6380

Case No.: 4:22-CV-40081-ADB

5. Defendants and the California Plaintiffs will file a motion for preliminary approval in the California Action by April 28, 2023, at which time Defendants will submit a copy of the Settlement Agreement to this Court.

Dated: April 13, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　UKG, INC.

　　　　　　　　　　　　　　　　　　By:　/s/ *Alan Y. Wong*
　　　　　　　　　　　　　　　　　　　　Alan Y. Wong (BBO# 687618)
　　　　　　　　　　　　　　　　　　　　awong@shb.com
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　One Federal St., Ste. 2540
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Tel: (617) 531-1411 | Fax: (617) 531-1602

　　　　　　　　　　　　　　　　　　　　Alfred J. Saikali (PHV0178195FL)
　　　　　　　　　　　　　　　　　　　　asaikali@shb.com
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　201 South Biscayne Blvd., Ste. 3200
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　Tel: (305) 358-5171 | Fax: (305) 358-7470

　　　　　　　　　　　　　　　　　　　　Maveric Ray Searle (PHV6336731IL)
　　　　　　　　　　　　　　　　　　　　msearle@shb.com
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　111 S. Wacker Drive, Ste. 4700
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Tel: (312) 704-7700 | Fax: (312) 558-1195

4862-0183-6380

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2023.

D. Greg Blankinship (Mass. Bar #655430)
Jeremiah Frei-Pearson (pro hac vice)
**Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**
One North Broadway, Suite 900
White Plains, NY 10601
Tel.: (914) 298-3281
gblankinship@fbfglaw.com
jfrei-pearson@fbfglaw.com

Jack J. Canzoneri (BBO #564126)
Nicholas Wanger (BBO #PENDING)
**McDonald Lamond Canzoneri**
352 Turnpike Rd., Suite 210
Southborough, MA 01772
Tel.: (508) 485-6600
jcanzoneri@masslaborlawyers.com
nwanger@masslaborlawyers.com

Jamie L. Kessler (BBO # 681867)
**Jackson Lewis P.C.**
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel.: 617.367.0025
Jamie.Kessler@JacksonLewis.com

*/s/ Alan Y. Wong*
Alan Y. Wong

4862-0183-6380