UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CORNACCHIA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UKG INC. and TUFTS MEDICAL CENTER, INC.,<br><br>Defendants. | Civil Action No. 4:22-cv-40081-ADB |

**CLASS REPRESENTATIVE PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

**PLEASE TAKE NOTICE** that, on a date and time convenient to the Court, Plaintiff in the above-captioned matter will move this Court for an order: (1) certifying the proposed Settlement Class; (2) naming Plaintiff as class representative; (3) appointing Finkelstein, Blankinship, Frei-Pearson & Garber, LLP; Sheff & Cook, LLC; Gordon Law Group, LLP; and McDonald, Lamond, Canzoneri LLC as Class Counsel; (4) granting preliminary approval to the Settlement Agreement; (5) approving the proposed Notice Plan; (6) scheduling a final fairness hearing; (7) granting such further relief the Court deems reasonable and just; and (8) enter the proposed Preliminary Approval Order.

In support of this motion, Plaintiff respectfully submits the accompanying memorandum of law, declarations, and exhibits.

Dated: November 20, 2023
       White Plains, New York

                                              Respectfully submitted,

                                              /s/ Jeremiah Frei-Pearson
Jeremiah Frei-Pearson (*Pro Hac Vice*)
D. Greg Blankinship (BBO# 655430)
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, NY 10601
jfrei-pearson@fbfglaw.com
gblankinship@fbfglaw.com

Kathy Jo Cook (BBO# 631389)
**SHEFF & COOK, LLC**
10 Tremont Street
7th Floor
Boston, MA 02108
kjcook@kjclawfirm.com

Philip J. Gordon (BBO# 630989)
**GORDON LAW GROUP, LLP**
585 Boylston Street
Boston, MA 02116
pgordon@gordonllp.com

Jack C. Canzoneri (BBO #564126)
**McDonald Lamond Canzoneri LLC**
352 Turnpike Road, Suite 210
Southborough, MA 01772
email: jcanzoneri@masslaborlawyers.com


*Attorneys for Plaintiff and Collective and Class Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: November 20, 2023                                          s/ *Jeremiah Frei-Pearson*
                                                                                         Jeremiah Frei-Pearson