# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CORNACCHIA, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff<br><br>v.<br><br>UKG INC. and TUFTS MEDICAL CENTER, INC.,<br><br>　　　　　Defendants. | Civil Action No. 4:22-cv-40081-ABD |

## NOTICE OF UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS

PLEASE TAKE NOTICE that on July 24, 2024 at 9:00 a.m., Plaintiff in the above captioned matter will move for final approval of class action settlement and certification of settlement class. In support of this motion, Plaintiff will submit a Memorandum of Law, Declaration of Jeremiah Frei-Pearson, and Proposed Final Judgment and Dismissal.

Dated:　White Plains, New York
　　　　　July 17, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jeremiah Frei-Pearson*
　　　　　　　　　　　　　　　　　　　　　　Jeremiah Frei-Pearson (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　D. Greg Blankinship (BBO# 655430)
　　　　　　　　　　　　　　　　　　　　　　**FINKELSTEIN, BLANKINSHIP,**
　　　　　　　　　　　　　　　　　　　　　　**FREI-PEARSON & GARBER, LLP**
　　　　　　　　　　　　　　　　　　　　　　One North Broadway
　　　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　　　Tel: (914) 298-3281
　　　　　　　　　　　　　　　　　　　　　　jfrei-pearson@fbfglaw.com
　　　　　　　　　　　　　　　　　　　　　　gblankinship@fbfglaw.com

Kathy Jo Cook (BBO # 631389)
**SHEFF & COOK, LLC**
10 Tremont Street
7th Floor
Boston, MA 02108
kjcook@kjclawfirm.com

Philip J. Gordon (BBO# 630989)
Kristen M. Hurley (BBO# 658237)
**GORDON LAW GROUP, LLP**
585 Boylston Street
Boston, MA 02116
pgordon@gordonllp.com
khurley@gordonllp.com

Jack J. Canzoneri (BBO# 631389)
**McDonald Lamond Canzoneri LLC**
352 Turnpike Road, Suite 210
Southborough, MA 01772
jcanzoneri@masslaborlawyers.com

*Attorneys for Plaintiffs and the Collective and Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      */s/ Jeremiah Frei-Pearson*
      Jeremiah Frei-Pearson