# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CORNACCHIA, on behalf of herself and all others similarly situated,<br><br>   Plaintiff<br><br>v.<br><br>UKG INC. and TUFTS MEDICAL CENTER, INC.,<br><br>   Defendants. | Civil Action No. 4:22-cv-40081-ABD |

## NOTICE OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD PAYMENTS

PLEASE TAKE NOTICE that on July 24, 2024 at 9:00 a.m., Plaintiff in the above captioned matter will move for approval of attorneys' fees, expenses, and service award payments. In support of this motion, Plaintiff will submit a Memorandum of Law, attorney declarations and exhibits.

Dated: White Plains, New York
    July 17, 2024

                    Respectfully submitted,

                    By: */s/ Jeremiah Frei-Pearson*
                    Jeremiah Frei-Pearson (*Pro Hac Vice*)
                    D. Greg Blankinship (BBO# 655430)
                    **FINKELSTEIN, BLANKINSHIP,**
                    **FREI-PEARSON & GARBER, LLP**
                    One North Broadway
                    Suite 900
                    White Plains, New York 10601
                    Tel: (914) 298-3281
                    jfrei-pearson@fbfglaw.com
                    gblankinship@fbfglaw.com

Kathy Jo Cook (BBO # 631389)
**SHEFF & COOK, LLC**
10 Tremont Street
7th Floor
Boston, MA 02108
kjcook@kjclawfirm.com

Philip J. Gordon (BBO# 630989)
Kristen M. Hurley (BBO# 658237)
**GORDON LAW GROUP, LLP**
585 Boylston Street
Boston, MA 02116
pgordon@gordonllp.com
khurley@gordonllp.com

Jack J. Canzoneri (BBO# 631389)
**McDonald Lamond Canzoneri LLC**
352 Turnpike Road, Suite 210
Southborough, MA 01772
jcanzoneri@masslaborlawyers.com

*Attorneys for Plaintiffs and the Collective and Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                */s/ Jeremiah Frei-Pearson*
                                                Jeremiah Frei-Pearson